1  CORFEE STONE LAW CORPORATION
   Catherine M. Corfee, Esq., SBN 155064
2  P.O. Box 1098
   Carmichael, CA 95609
3  T: (916) 487-5441; Fax: (916) 487-5440
   Email: catherine@corfeestone.com
4         assistant@corfeestone.com

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10 | THERESA BROOKE | CASE NO. 21-cv-00094-KJM-CKD |
11 |  Plaintiff | **ORDER** |
12 | vs. | |
13 | ADVANTAGE HOSPITALITY LLC, a California limited liability company dba Hilton Garden Inn Sacramento Airport Natomas | |
14 | | |
15 | Defendant | |

16

17 The Court hereby grants a 30-day extension for the parties to file the dispositional documents.

18 Documents must be filed no later than May 13, 2021.

19     **IT IS SO ORDERED**.

20 Date: April 20, 2021

21                                     _____
                                       CHIEF UNITED STATES DISTRICT JUDGE
22

23